UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

   v.

STARBUCKS CORPORATION,

        Defendant.

Case No. 5:18-cv-06766-EJD

**ORDER TO REOPEN CASE**

On June 25, 2019 the Court stayed this case pending the outcome of Plaintiff's appeal in *Scott Johnson v. Blackhawk Centercal LLC, et al.*, 3:17-cv-02454-WHA. *See* Dkt. No. 24. The Clerk of the Court was also directed to administratively close the file. *Id*.

On September 22, 2020, the parties submitted a Joint Status Report regarding the resolution of appeals in *Scott Johnson v. Blackhawk Centercal LLC, et al*. *See* Dkt. No. 28. Accordingly, the Clerk of the Court is asked to reopen this case.

**IT IS SO ORDERED.**

Dated: October 13, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-06766-EJD
ORDER TO REOPEN CASE

1